STATE v. SHARPE

No. 45A96-2

Case below: Pitt County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Pitt County, denied 19 August 1999.

STATE v. SIMPSON

No. 43A93-2

Case below: Rockingham County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Rockingham County, denied 19 August 1999.

STATE v. SKIPPER

No. 122A92-4

Case below: Bladen County Superior Court

Motion by defendant for summary reversal denied 19 August 1999. Motion by Attorney General to lift order granting motion to hold petition for writ of certiorari in abeyance allowed 19 August 1999. Petition by defendant for writ of certiorari to review the order of the Superior Court, Bladen County, denied 19 August 1999.

STATE v. SPRUILL

No. 404A92-2

Case below: Northampton County Superior Court

Petition by defendant for writ of certiorari to vacate orders of the Superior Court, Northampton County, denying "Motion for Appropriate Relief," "Motion for Discovery" and "Motion for Reconsideration" denied 19 August 1999.